NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RAYLON, LLC,**
*Plaintiff-Appellee,*

**v.**

**COMPLUS DATA INNOVATIONS, INC.,**
*Defendant-Appellant,*

AND

**CASIO AMERICA, INC.,** AND
**CASIO COMPUTER CO., LTD.,** ·
*Defendants-Appellants,*

AND

**SYMBOL TECHNOLOGIES, INC.,**
*Defendant-Appellant,*

AND

**ADVANCED PUBLIC SAFETY, INC., TRIPOD DATA SYSTEMS, ZEBRA TECHNOLOGIES CORPORATION,, EZ TAG CORPORATION, FUJITSU AMERICA, INC.** AND **FUJITSU JAPAN LTD.**
*Defendants.*

2011-1355, -1356, -1357, -1358, -1359

Appeals from the United States Court for the Eastern District of Texas in case nos. 09-CV-0355, 09-CV-0356, and 09-CV-0357, Judge Leonard Davis.

---

## ON MOTION

---

## O R D E R

Casio America, Inc. et al. move to consolidate these appeals. Raylon, LLC does not oppose consolidating the appeals but does oppose the appellants each filing separate initial and reply briefs. Casio and Symbol Technologies, Inc. move for a 25-day extension of time, until March 9, 2012, to file their initial briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to consolidate are granted. Pursuant to the court's rules, the appellants may each file a consolidated initial brief and a consolidated reply brief and may if appropriate cross-reference the other's brief to reduce the amount of briefing.

(2) The motions for an extension of time are granted.

(3) The revised official caption is reflected above.

FOR THE COURT

FEB 0 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2012

JAN HORBALY
CLERK

cc:  Amanda A. Abraham, Esq.
     Scott D. Stimpson, Esq.
     Jonathan M. Sobel, Esq.
     John R. Emerson, Esq.

s19